UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

(**HON. BARRY T. MOSKOWITZ**)

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | Criminal No. 09-CR-3035-BTM |
| Plaintiff, ) | |
| v. ) | |
| **MIGUEL RODRIGUEZ-SERNAS**, ) | **ORDER** |
| Defendant. ) | |

**GOOD CAUSE APPEARING IT IS HEREBY ORDERED** that the sentencing hearing in the above entitled case, scheduled for December 18, 2009, at 10:00 a.m., be continued until January 22, 2010, at 10:30 a.m.

DATED:  December 8, 2009

_____
Honorable Barry Ted Moskowitz
United States District Judge